IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor,

      Plaintiff,

vs.                                                                             No. CIV 11-0406 JB/KBM

SUPPORTING HANDS, LLC and
MARK DEBOIS,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed April 30, 2013 (Doc. 33)("MOO"). In its MOO, the Court granted summary judgment for Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor, on all claims against Defendants Supporting Hands, LLC and Mark DuBois, awarded the Plaintiff $35,265.06 in back pay and liquidated damages, awarded attorneys' fees associated with filing and arguing the Plaintiff's Motion to Compel Answers to Interrogatories and Responses to Request for Production of Documents, filed October 29, 2012 (Doc. 19), and permanently enjoined the Defendants from any further violations of sections 7, 11(c), and 15(a)(5) of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201-219. See MOO at 1-2; 43-44. Because the MOO resolved all the claims asserted against all the parties in this case, the Court has no remaining claims or issues before it, and the Court therefore concludes that entry of final judgment is appropriate.

**IT IS ORDERED** that final judgment is entered as follows:

1.      Attorneys' fees and costs for Plaintiff Hilda L. Solis, Secretary of the Department

of Labor, and against Defendants Mark DuBois and Supporting Hands, LLC, incurred in filing and arguing the Plaintiff's Motion to Compel Answers to Interrogatories and Requests for Production, filed October 29, 2012 (Doc. 19);

    2.    In the sum of $35, 265.06 for the Plaintiff and against the Defendants for unpaid minimum wage, overtime compensation due its employees, and liquidated damages;

    3.    The Defendants are permanently enjoined from any further violations of sections 7, 11(c), and 15(a)(5) of the Fair Labor Standards Act of 1938; and

    4.    The Plaintiff may seek attorneys' fees and costs under applicable statutes, if any, pursuant to the Federal Rules of Civil Procedure and the local rules.

_____
UNITED STATES DISTRICT JUDGE

Counsel:

Margaret Cranford
Richard M. Moyed
United States Department of Labor
Counsel for Wage and Hour
Dallas, Texas

    *Attorneys for the Plaintiff*

Mark DuBois
Supporting Hands, LLC
Albuquerque, New Mexico

    *Pro se for Defendants Supporting Hands, LLC and Mark DuBois*